IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **THE TRAVELERS INDEMNITY COMPANY OF AMERICA** § § § | | |
| Plaintiff, § | | |
| § | | |
| v. § | **CIVIL ACTION NO. 4:24-cv-04142** | |
| § | | |
| **BITCO NATIONAL INSURANCE COMPANY,** § § | | |
| Defendant. § | | |

**THE TRAVELERS INDEMNITY COMPANY OF AMERICA'S**
<u>**RULE 7.1 DISCLOSURE STATEMENT**</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Travelers Indemnity Company of America provides the following information.

Plaintiff Travelers Indemnity Company of America is a citizen of the State of Connecticut and is 100% owned by The Phoenix Insurance Company, which is 100% owned by The Travelers Indemnity Company, which is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family (collectively "Travelers"). No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.

Respectfully submitted,

*/s/ Courtney Ervin*
Courtney Ervin
Texas Bar No. 24050571
SDTX Bar No. 611093
cervin@hicks-thomas.com
D. Ryan Cordell, Jr.
Texas Bar No. 24109754
SDTX Bar No. 3455818
rcordell@hicks-thomas.com
HICKS THOMAS LLP
700 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 547-9100
(713) 547-9150 (Fax)

**ATTORNEYS FOR THE TRAVELERS INDEMNITY COMPANY OF AMERICA**

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on all counsel of record via the Court's ECF filing system, or via U.S. First Class mail, postage prepaid, or via email pursuant to agreement of the parties.

William David Farmer
Farmer, House, Osuna, Jackson & Olvera
411 Heimer Road
San Antonio, Texas 78232
wdfarmer@satx.law
*Attorneys for Defendant BITCO*
*National Insurance Company*

*/s/ Courtney Ervin*
Courtney E. Ervin